UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00423-MRA-KES | | Date | June 26, 2026 |
|---|---|---|---|---|
| Title | *Fernando Gastelum v. Elite West LLC* | | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANT**

On April 14, 2026, the Court issued an Order setting the Scheduling Conference for Tuesday, June 30, 2026, at 11:00 a.m.  ECF 17.  The Court ordered the parties to file the Rule 26(f) report no later than 14 days before the scheduling conference.  *Id.* at 3.  The Court also reminded the parties of their obligation to "confer on a discovery plan at least **21 days** before the scheduling conference."  *Id.* at 2-3 (emphasis in original) (citing Fed. R. Civ. P. 26(a)(1)(f)).

On June 16, 2026, Plaintiff filed a Status Report regarding the scheduling conference. ECF 24.  Plaintiff alleges that the Rule 26(f) report cannot be filed because Defendant has refused to cooperate with Plaintiff's Counsel.  *Id.*  Attached to the Status Report is the declaration of Plaintiff's Counsel Kristofer Strojnik.  ECF 24-1.  Mr. Strojnik claims that Defense Counsel has not responded to his attempts to confer with him regarding the parties' discovery plan.  *Id.* ¶ 4.

As of the date of this Order, the parties have not filed the Rule 26(f) report.

The Court therefore **ORDERS** Defendant to **SHOW CAUSE** in writing no later than **June 30, 2026**, why sanctions should not be imposed for Defendant's ongoing failure to comply with this Court's April 14, 2026, Order by not cooperating and participating in the Rule 26 process. The response shall address Plaintiff's Status Report, including Plaintiff's allegation that Defendant refuses to meet and confer regarding the parties' joint discovery plan.  The Court, on its own motion, hereby **CONTINUES** the Scheduling Conference to **July 7, 2026, at 11:00 a.m.** on Zoom.

**IT IS SO ORDERED.**

                                                                        -    :    -

Initial of Deputy Clerk          mku